HARTFORD NATIONAL BANK AND TRUST COMPANY *v.*
STANLEY V. TUCKER ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Litchfield County is granted.

*Neil E. Atlas,* for the appellee (plaintiff).

*Stanley V. Tucker,* pro se, the appellant (defendant).

Argued October 5—decided October 6, 1976

STANLEY V. TUCKER *v.* ANTON RONALTER, JR.

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Kenneth J. Laska,* corporation counsel, for the appellee (defendant).

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

Argued October 5—decided October 6, 1976

SHEILA VELSMID ET AL. *v.* JEANNE R. NELSON

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Robert Farr,* for the appellee (defendant).

*Jonathan J. Einhorn,* for the appellant (plaintiff).

Argued October 5—decided October 6, 1976